UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES O'CAIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENTON POLICE DEPARTMENT et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C06-0035-RSL-JPD <br><br><br><br> MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The noting date for the motion for the summary judgment motion filed by defendants J. Renggli and Paul F. Guest, (Dkt. No. 24), is STRICKEN. Their motion for summary judgment shall be RE-NOTED and considered together with the motion for summary judgment filed by defendants King County and T. Manning, (Dkt. No. 28), on June 30, 2006. Plaintiff's opposition, if any, shall address both of defendants' motions for summary judgment and shall be filed no later than June 27, 2006. Defendants may file replies no later than June 30, 2006. *See* Local Rule CR 7.

//

//

MINUTE ORDER
PAGE -1

01       DATED this 5th day of June, 2006.

02                                  Bruce Rifkin
03                                  Clerk of the Court

04                                  /s/ Peter H. Voelker
                                   Peter H. Voelker
05                                  Deputy Clerk

MINUTE ORDER  
PAGE -2