UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES O'CAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RENTON POLICE DEPARTMENT et al.,<br><br>　　　　Defendants. | )<br>)<br>) Case No. C06-0035-RSL-JPD<br>)<br>)<br>) MINUTE ORDER<br>)<br>)<br>) |

　　　　The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

　　　　Plaintiff's motion for extension of time, (Dkt. No. 32), is NOTED for June 15, 2006.

　　　　DATED this 12th day of June, 2006.

　　　　　　　　　　　　　　　　Bruce Rifkin
　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　/s/ Peter H. Voelker
　　　　　　　　　　　　　　　　Peter H. Voelker
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
PAGE -1