UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES O'CAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>RENTON POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | USCA No. 06-36065<br><br>DC No. C06-0035RSL<br><br>CERTIFICATE REGARDING<br>GOOD FAITH OF APPEAL |

This matter comes before the Court for a determination under 28 U.S.C. § 1915(a)(3), which provides: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." An appeal that is frivolous or otherwise without merit is not taken in good faith.

The Court is of the opinion that plaintiff's appeal has been filed in good faith, and it is so certified.

DATED this 19th day of January, 2007.

　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE REGARDING GOOD
FAITH OF APPEAL